UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-24694-CIV-MARTINEZ

NESTOR RAFAEL DIAZ,

   Petitioner,

v.

WARDEN, FEDERAL DETENTION CENTER
MIAMI, *et al.*,

   Respondents.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court *sua sponte*. On July 8, 2026, Petitioner Nestor Rafael Diaz filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1]. Petitioner challenges his continued immigration detention. Accordingly, it is

**ORDERED** as follows:

1. Counsel for Respondents shall immediately notify the Court of receipt of this Order and the name of the attorney to whom the case is assigned.

2. On or before **July 13, 2026**, Respondents shall file a combined memorandum of fact and law to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (requiring that a response to an order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

3. Counsel for Respondents is requested to caption the response as a "response," not a "motion to dismiss."

CASE NO. 26-24694-CIV-MARTINEZ

4. Petitioner may, but is not required to, file a reply within **three days** after Respondents file the response.

5. Throughout the pendency of this action, **Respondents shall file a notice with the Court within** <u>**twenty-four (24) hours**</u> **of Petitioner being transferred or removed** indicating to where and when Petitioner was transferred or removed. This notice should include a copy of Petitioner's detention history. Any potential jurisdictional challenges should be raised at this time. If Respondents fail to timely file this notice or challenge jurisdiction, the Court will assume there is a proper respondent within the transferred jurisdiction who has legal authority to effectuate Petitioner's release. *See Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004) ("[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release.").

6. If either party files a document containing one or more redactions, that party must also file an unredacted version of the same document under seal.

**DONE AND ORDERED** in Miami, Florida, this _10_ day of July 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   all counsel of record

2